Moses Sayre's Executors, appellants,

*v.*

James R. Sayre, Jr., et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Sayre* v. *Sayre, 5 Stew. Eq. 61.*

*Messrs. A. Q. Keasbey & Sons,* for appellants.

*Mr. Frederick Frelinghuysen,* for respondents.

Per Curiam.

This decree affirmed for the reasons given by the chancellor.

For affirmance—The Chief-Justice, Depue, Knapp, Parker, Reed, Scudder, Van Syckel, Clement, Cole, Green, Kirk, Paterson, Whitaker—13.

For reversal—Dixon, Magie—2.